FILED
CLERK, U.S. DISTRICT COURT

OCT 17 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br> Kerry Cornell Williams <br><br> Defendant. | Case No.: ED12-384WM <br><br> ORDER OF DETENTION <br> (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- Prior Parole Violations
- Allegation of Absconding/Current Violation
- Allegation of Substance Abuse

1

1 | and/or

2 | B.     ( )     The defendant has not met his/her burden of establishing by clear and
3 | convincing evidence that he/she is not likely to pose a danger to the
4 | safety of any other person or the community if released under 18
5 | U.S.C. § 3142(b) or (c). This finding is based on the following:

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 10/17/12

*[signature]*

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2